UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20549-4010,<br><br>            Applicant,<br><br>v.<br><br>O. J. CHIDOLUE,<br>9301 Southwest Freeway, Suite 405<br>Houston, TX  77074,<br><br>            Respondent. | Misc. No.: 07-247 |

## ORDER TO SHOW CAUSE

The Applicant, Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Order Requiring Obedience to Subpoena, accompanied by a supporting Memorandum of Law and the Declaration of Michael K. Catoe with exhibits thereto, and the Court having considered the Application with supporting papers, and good cause being shown, it is hereby

ORDERED, that the respondent O. J. Chidolue ("Respondent") appear on _____ 26, 2007, at 11:00 .m. before the United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Washington, DC, 20001, Courtroom 27A to show cause, if there be any, why he should not be ordered by this Court to produce documents and provide testimony pursuant to the SEC's Subpoena issued on November 15, 2006;

IT IS FURTHER ORDERED that this Order to Show Cause, together with copies of the Application for Order to Show Cause and Order to Compel Obedience with Subpoena, Memorandum of Law in Support of Application for an Order to Show Cause

and an Order Requiring Obedience with Subpoena, the Declaration of Michael K. Catoe and proposed Order Requiring Obedience to Subpoena be served upon the Respondent or its counsel by representatives of the SEC by (i) overnight courier service or (ii) facsimile with simultaneous U.S. mailing or (iii) any means reasonably designed to give prompt notice of this Order to Respondent no later than ___June 8___, 2007;

IT IS FURTHER ORDERED that no later than ___June 15___, 2007, Respondent shall deliver to the SEC by (i) overnight courier service or (ii) facsimile with simultaneous U.S. mailing, and file with the Court, any statement of points and authorities and other papers in opposition to the Application; and

IT IS FURTHER ORDERED that no later than ___June 22___, 2007, the SEC shall deliver to Respondent by (i) overnight courier service or (ii) facsimile with simultaneous U.S. mailing, and file with the Court, any reply papers in further support of the Application.

Dated: _____, 2007

June 6, 2007

_____
United States District Court Judge

Copies To:

**Applicant:**

Dean M. Conway
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
(202) 551-4412 (Direct)
(202) 772-9246 (Fax)
conwayd@sec.gov

**Respondent:**

O. J. Chidolue
Chidolue & Associates
9301 Southwest Freeway
Suite 405
Houston, Texas 77074
(713) 270-5533 (Tel.)
(713) 270-5565 (Fax)

2