UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Applicant,<br><br>v.<br><br>O. J. CHIDOLUE,<br><br>         Respondent. | Misc. No.: 07-mc-247 |

**SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSSED
MOTION AND INCORPORATED MEMORANDUM OF LAW
<u>TO ADJOURN SHOW CAUSE HEARING</u>**

  The Securities and Exchange Commission ("SEC") respectfully requests that the Court adjourn the show cause hearing scheduled for June 26, 2007.[1]

  On June 1, 2007, the SEC filed an application which sought to enforce a subpoena issued by the SEC to O. J. Chidolue ("Respondent") on November 15, 2007 ("Subpoena"). (Dkt. Item No. 1) On June 6, 2007, the Court issued an Order to Show Cause, which required, among other things, that Respondent appear before the Court for a show cause hearing on June 26, 2007. (Dkt. Item No. 2) Subsequently, counsel for Respondent contacted the SEC to discuss the application. These discussions resulted in the parties' execution of a stipulation, which set forth deadlines for Respondent's compliance with the Subpoena. <u>See</u> stipulation attached as Exhibit A. Specifically, the stipulation requires that, on or before June 29, 2007, Respondent produce documents to

---

[1]   On June 13, 2007, pursuant to Local Rule 7.1(m), counsel for the SEC conferred with opposing counsel who indicated that he does oppose the relief sought herein.

the SEC. The stipulation also requires that he appear before the SEC, on July 18, 2007, to provide testimony.

The SEC therefore requests that the show cause hearing be adjourned as the need for a hearing may be mooted if Respondent does indeed comply with the Subpoena. The SEC also requests that the Court order it to file a status report by July 27, 2007, in which it either: (1) requests that the show cause hearing be placed back on the Court's calendar; or (2) informs the Court that the matter has been resolved and that the SEC will voluntarily dismiss the action.

Accordingly, the SEC respectfully requests that the Court provide the relief requested above by entering the proposed order accompanying this motion.

Dated: June 13, 2007                                    Respectfully submitted,

                                                        /s/ Dean M. Conway
                                                        _____
                                                        Dean M. Conway (DC Bar No. 457433)
                                                        Securities and Exchange Commission
                                                        100 F Street, N.E.
                                                        Washington, D.C. 20549-4010
                                                        (202) 551-4412 (Direct)
                                                        (202) 772-9246 (Fax)
                                                        conwayd@sec.gov

                                                        Attorney for Applicant

## **CERTIFICATE OF SERVICE**

On June 13, 2007, I served the foregoing Securities and Exchange Commission's Unopposed Motion and Incorporated Memorandum of Law to Adjourn Show Cause Hearing on the following person by First Class U.S. Mail:

>Robert F. Muse
>Stein Mitchell & Mezines, LLP
>100 Connecticut Ave., NW
>Suite 1100
>Washington, DC 20036

/s/ Dean M. Conway
_____
Dean M. Conway

# EXHIBIT A

Case 1:07-mc-00247-PLF    Document 3-2    Filed 06/13/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Applicant, )<br>)<br>v. )<br>)<br>O. J. CHIDOLUE )<br>)<br>Respondent. )<br>)<br>_____ ) | Misc. No.: 07-mc-247 |

## STIPULATION

The Securities and Exchange Commission ("SEC") and O. J. Chidolue ("Chidolue"), by counsel, hereby agree and stipulate as follows:

1. Chidolue, on or before June 29, 2007, shall produce to the SEC at its Headquarters in Washington, D.C. all documents (as that term is defined in the subpoena dated November 15, 2006) in his possession, custody and/or control, which are responsive to the subpoena served on him on November 15, 2006. In addition, on or before June 29, 2007, Chidolue shall submit to the SEC a log identifying all responsive documents that he has not produced for any reason. The log shall identify for each document: (a) the creator(s) of the document; (b) the date of the document; (c) the present, or last known, custodian of the document; (d) the subject matter of the document; (e) all persons known to have been furnished the document or a photocopy of the document and all persons known to have been informed of the document's substance; and (f) the reason the document is not being produced. Further, to the extent that any documents are withheld on the basis of a claim of attorney-client privilege or attorney work product protection, Chidolue shall describe the nature of the documents,

communications or things not produced in sufficient detail so that the SEC is able to assess the applicability of the privilege or protection.

2. Chidolue shall appear on July 18, 2007 for testimony at the SEC's Headquarters in Washington, D.C.

_____
Robert F. Muse, D.C. Bar #166868
Stein Mitchell & Mezines, LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
Attorney for O. J. Chidolue

_____
Dean M. Conway, D.C. Bar #457433
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
(202) 551-4412
Attorney for Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>O. J. CHIDOLUE,<br><br>Respondent. | Misc. No.: 07-mc-247 |

### [PROPOSED] ORDER

The Applicant, Securities and Exchange Commission ("SEC"), having filed a Motion and Incorporated Memorandum of Law to Adjourn Show Cause Hearing, and the Court having considered the Motion with supporting papers, and good cause being shown, it is hereby

**ORDERED**, that Show Cause Hearing scheduled for June 26, 2007 is adjourned until further notice by the Court; and

**IT IS FURTHER ORDERED** that the SEC shall file a status report by July 27, 2007, in which it either: (1) requests that the show cause hearing be placed back on the Court's calendar; or (2) informs the Court that the matter has been resolved and that the SEC will voluntarily dismiss the action.

Dated: _____, 2007        _____
                                                         United States District Court Judge