UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

       Applicant,

v.

O. J. CHIDOLUE,

       Respondent.

Case No.: 07-mc-247

### [PROPOSED] ORDER

This matter came before the Court pursuant to the Status Report of the Securities and Exchange Commission. For good cause shown, the Court hereby **ORDERS** that this matter shall be continued for 30 days, until August 27, 2007, at which time the Commission shall file its next Status Report advising the Court of the necessity of a show cause hearing.

**IT IS SO ORDERED.**

Dated: _Jul 30_, 2007

_____
PAUL L. FRIEDMAN
United States District Court Judge