UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Applicant,<br><br>v.<br><br>O. J. CHIDOLUE,<br><br>                    Respondent. | Case No.: 07-mc-247 |

**PLAINTIFF SECURITIES AND EXCHANGE**
**COMMISSION'S SECOND STATUS REPORT**

The Securities and Exchange Commission ("SEC") hereby submits its Second Status Report pursuant to the Court's Order dated July 30, 2007.

The July 30th Order required that the SEC advise the Court whether a show cause hearing was still necessary. Accordingly, the SEC hereby advises the Court that a show cause hearing is no longer necessary in this matter and further advises the Court that it will immediately file a Notice of Dismissal of the Application for an Order to Show Cause.

Dated: August 24, 2007                                Respectfully submitted,

                                                                    /s Dean M. Conway
                                                                    _____
                                                                    Dean M. Conway (DC Bar No. 457433)
                                                                    Securities and Exchange Commission
                                                                    100 F Street, N.E.
                                                                    Washington, D.C. 20549-4010
                                                                    (202) 551-4412 (Direct)
                                                                    (202) 772-9246 (Fax)
                                                                    conwayd@sec.gov

                                                                    Attorney for Applicant

## CERTIFICATE OF SERVICE

     I hereby certify that on August 24, 2007, I served the foregoing Securities and Exchange Commission's Second Status Report on the following person by First-class U.S. Mail:

>Robert F. Muse
>Stein Mitchell & Mezines, LLP
>100 Connecticut Ave., NW
>Suite 1100
>Washington, DC 20036

                                              s/ Dean M. Conway
                                              _____
                                              Dean M. Conway