UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Applicant,<br><br>v.<br><br>O. J. CHIDOLUE,<br><br>          Respondent. | Case No.: 07-mc-247 |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE
OF DISMISSAL OF THE APPLICATION FOR AN ORDER TO SHOW CAUSE**

  Plaintiff Securities and Exchange Commission ("SEC"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses its Application for an Order to Show Cause and An Order Requiring Obedience to Subpoena Duces Tecum against respondent O. J. Chidolue without prejudice.

  Respondent Chidolue has filed neither a response to the Application nor a motion for summary judgment as to this pleading. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: August 24, 2007    Respectfully submitted,

                s/ Dean M. Conway
                _____
                Dean M. Conway (DC Bar No. 457433)
                Securities and Exchange Commission
                100 F Street, N.E.
                Washington, D.C. 20549-4010
                (202) 551-4412 (Direct)
                (202) 772-9246 (Fax)
                conwayd@sec.gov

                Attorney for Applicant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, I served the foregoing Securities and Exchange Commission's Notice of Dismissal of the Application for an Order to Show Cause on the following person by First-class U.S. Mail:

>Robert F. Muse
>Stein Mitchell & Mezines, LLP
>100 Connecticut Ave., NW
>Suite 1100
>Washington, DC 20036

s/ Dean M. Conway
_____
Dean M. Conway